**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6721**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

MATTHEW DWAYNE SMITH, a/k/a Mackie, a/k/a Smac,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:05-cr-00007-JPB-JES-1)

_____

Submitted: June 18, 2009         Decided: June 25, 2009

_____

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Matthew Dwayne Smith, Appellant Pro Se. Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Dwayne Smith appeals the district court's order granting in part and denying in part his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 3:05-cr-00007-JPB-JES-1 (N.D.W. Va. Apr. 1, 2009). We deny as moot Smith's motion to place his case in abeyance pending rulings by the Supreme Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2